UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 21-cr-00538-DLF |
| v. | : |
| | : |
| JACOB TRAVIS CLARK, | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Anne Veldhuis is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

*/s/ Anne Veldhuis*
ANNE VELDHUIS
CA Bar No. 298491
Trial Attorney
Capitol Siege Detailee
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
(415) 934-5300
anne.veldhuis@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Anne Veldhuis*
Anne Veldhuis
Trial Attorney