UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-538 (DLF) |
| | : | |
| **JACOB TRAVIS CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

On August 30, 2022, the Court ordered a status conference for 10:00 a.m. on October 21, 2022. Additionally, the Court ordered that the parties file a joint status report on or before September 21, 2022, proposing a schedule for filing motions, if necessary.

Therefore, the United States of America, through undersigned counsel, and the defendant, through counsel Eugene Ohm submit the following status report.

a. Since the status conference on August 30, 2022, the parties have reached an agreement to hold a stipulated trial in this matter whereby the defendant would waive his right to a jury trial and the parties would stipulate to the facts necessary to establish each count in the Indictment.

b. The parties request that the Court set a deadline of October 20, 2022, for filing of any motion by the defendant requesting a dismissal of Count One charging Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 § 1512(c)(2) and 2 and for the government's reply.

c.  The parties further request that at the status conference on October 21, 2022, the Court set dates for the defendant's waiver of rights to a jury trial and for the bench trial by way of stipulation of facts.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

By:   */s/ Barry K. Disney*
       BARRY K. DISNEY
       Trial Attorney
       Detailee – Capitol Siege Division
       Kansas Bar No. 13284
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       202-305-4367 (office)
       202-924-4861 (cell)
       Barry.Disney@usdoj.gov