UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-538-DLF |
| | : | |
| JACOB TRAVIS CLARK, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

On September 22, 2022, the Court ordered that the parties provide to the Court three mutually agreeable dates and times after November 18, 2022, for a stipulated trial and to state their positions on the Speedy Trial Act between October 21, 2022 and the date of the stipulated trial.

### *Proposed Dates for Stipulated Trial*

Generally, the parties are available for a stipulated trial any time the week of December 5-9, 2022. Specifically, the parties submit the following dates as options for the stipulated trial:

- December 6, 2022 at 1:00 p.m.

- December 7, 2022 at 11:00 a.m.

- December 9, 2022 at 10:00 a.m.

### *Position on the Speedy Trial Act.*

The parties believe it is in the interest of justice to toll the Speedy Trial Act while the parties prepare for the stipulated trial. The parties thus request a tolling of the Speedy Trial Act, pursuant

1

to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i) and (iv) and request an exclusion of time under the Speedy Trial Act from October 21, 2022, through the scheduled trial on stipulated facts.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

By:    */s/ Barry K. Disney*
         BARRY K. DISNEY
         Trial Attorney – Detailee, Capitol Siege Section
         Kansas Bar No. 13284
         U.S. Attorney's Office for the District of Columbia
         601 D Street, N.W.
         Washington, D.C. 20530
         Office: 202-305-4367
         Email: Barry.Disney@usdoj.gov