UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-538 (DLF) |
| v. | : | |
| | : | |
| JACOB TRAVIS CLARK | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SENTENCING MEMORANDUM

The government respectfully requests that the Court extend the deadline for the government to respond to defendant's sentencing memorandum to October 25, 2023, in light of receiving the defendant's sealed sentencing memorandum on the weekend and the attached video exhibits on the following Monday, October 23, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Nialah S. Ferrer

NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov

## CERTIFICATE OF SERVICE

On this 17th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
NIALAH S. FERRER
Assistant United States Attorney