UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 1:21-cr-00538-DLF |
| : | |
| **JACOB TRAVIS CLARK,** : | |
| : | |
| Defendant. : | |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

Jacob Clark, through undersigned counsel, respectfully moves this Honorable Court to permit him to file his sentencing memorandum and attached exhibits under seal pursuant to Local Criminal Rule 5.1(h) based on the following reasons:

1. Mr. Clark submitted a sentencing memorandum and exhibits that will refer to sensitive medical and mental health information.

2. A redacted version of the memorandum has been submitted on the docket.

3. The Court has the inherent power to seal materials submitted to it.  *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 1:21-cr-00538-DLF |
| | : |
| JACOB TRAVIS CLARK, | : |
| | : |
| Defendant. | : |

## ORDER

It is hereby ORDERED that the Defendant's Motion to Seal is GRANTED and that the Defendant's Sentencing Memorandum and Exhibits be filed UNDER SEAL.

Date: _____

_____
The Honorable Dabney Friedrich
United States District Court for the
District of Columbia