UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00538-DLF |
| | : | |
| **JACOB TRAVIS CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO STAY SELF-SURRENDER PENDING SUPREME COURT'S RESOLUTION OF *FISCHER v. UNITED STATES*

Jacob Clark, through counsel, respectfully moves this Court to extend the date of his self-surrender, presently scheduled for January 2, 2024, and to stay proceedings in this matter until after the Supreme Court resolves *United States v. Fischer*, 64 F.4d 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (Dec. 13, 2023).

The question presented in *Fischer* is: "Did the D.C. Circuit err in construing 18 U.S.C. § 1512(c) ('Witness, Victim, or Informant Tampering'), which prohibits obstruction of congressional inquiries and investigations, to include acts unrelated to investigations and evidence?" *See* Petition for Certiorari, *Fischer v. United States*, No. 23-5572 (filed September 11, 2023).

Mr. Clark litigated this same question in his case and completed a stipulated trial in order to preserve the issue for appeal.[1]  Indeed, § 1512(c) represents the lead felony in Mr. Clark's case, which thereby drove his ultimate sentence of thirty-three months of incarceration.  Thus, resolution of *Fischer* will directly impact the validity of Mr. Clark's conviction. Beginning Mr. Clark's period of incarceration will potentially prejudice him should the Supreme Court resolve *Fischer* in the defendant's favor. It will also involve the expenditure of government resources that ultimately may prove to have been unnecessary based on *Fischer*'s outcome.

Therefore, in the interests of fairness and judicial economy, Mr. Clark requests that the Court stay sentencing in his case pending the Supreme Court's resolution of *Fischer*.

## Conclusion

Mr. Clark respectfully requests that his date for voluntary surrender be stayed pending the outcome in *Fischer*.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

---

[1] Mr. Clark filed a motion to dismiss the § 1512(c) obstruction count, ECF. No. 39.