UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-CR-538 (DLF)** |
| v. | : | |
| | : | |
| **JACOB TRAVIS CLARK** | : | |
| | : | |
| **Defendant.** | : | |

**STATUS REPORT**

The United States submits this brief status report in response to the Court's request for an update on Mr. Clark's placement and designation. Since the last court date, the assigned contacted the Bureau of Prisons (BOP) regarding the designation and transfer of Mr. Clark to a facility closer to his residence. On March 4, 2024, the BOP indicated that Mr. Clark is not currently eligible for a transfer based on recent disciplinary issues. The BOP also noted that if his designation is changed, a transfer is not guaranteed because of Mr. Clark's recent disciplinary issues. From reviewing the locations of their facilities and his residence, they also indicated that even if Mr. Clark was granted a transfer, most of their facilities are far from Mr. Clark's residence. Lastly, the BOP noted that they have not received any requests or reports from Mr. Clark regarding a transfer or of safety concerns.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:            */s/ Nialah S. Ferrer*
                                        NIALAH S. FERRER
                                        Assistant United States Attorney
                                        New York Bar No. 5748462
                                        United States Attorney's Office
                                        District of Columbia
                                        (202) 557-1490
                                        nialah.ferrer@usdoj.gov