# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Criminal No. 21-CR-538 (DLF) |
| : | |
| **JACOB TRAVIS CLARK,** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

The United States submits this status report in response to the Court's order to provide a proposed schedule for further proceedings in light of the D.C. Circuit Court's order vacating the defendant's conviction under 18 U.S.C. § 1512(c)(2). The government was in contact with defense counsel in efforts of filing a joint status report. At the time of this filing, the government has not received a response confirming the defendant's position on this matter.

The government informed the defendant via counsel that it intends on seeking a superseding indictment in this case and is scheduled to appear in front of a grand jury during the week of September 30, 2024. The government respectfully requests a status conference within 30 days to provide a further update.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: *Nialah S. Ferrer*
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov