UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JACOB CLARK,

        Defendant.

Crim. Action No. 21CR538(DLF)

## JACOB CLARK'S STATUS REPORT

Jacob Clark, through counsel, hereby files this status report, after consultation with government counsel.

The government anticipates that it will be seeking an indictment of charges of Civil Disorder and Assault in the upcoming weeks. Mr. Clark thus requests that the Court set an arraignment date, rather than a status hearing date, in approximately thirty days. Mr. Clark also requests that he appear by videoconference. The government does not oppose this request.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

EUGENE OHM
COURTNEY MILLIAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500