UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 21-CR-538 (DLF) |
| v. : | |
| : | |
| JACOB TRAVIS CLARK, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The United States of America, by and through counsel, respectfully submits this motion for a status conference and arraignment as soon as is practicable. As discussed below, the Bureau of Prisons ("BOP") mistakenly released defendant Jacob Clark from custody following the United States Court of Appeals for the D.C. Circuit's order vacating the defendant's conviction under 18 U.S.C. § 1512(c)(2) and (2). After communicating with BOP and opposing counsel, the government thus seeks a status conference to address the defendant's current release status. To briefly expound:

1. On January 30, 2023, the defendant was found guilty through a stipulated trial of six counts, including 18 U.S.C. § 1512(c)(2) and (2), for his actions at the U.S. Capitol on January 6, 2021.

2. On October 27, 2023, the Court sentenced the defendant, Jacob Clark, to 33 months of incarceration. Minute Order (10/27/2023).

3. On November 9, 2023, the defendant appealed his conviction to the United States Court of Appeals for the D.C. Circuit. *See* ECF No. 72 (Appeal No. 23-3210).

4. On April 16, 2024, the defendant filed a motion for release pending appeal. ECF No. 90. The Court denied that motion. Minute Order (04/30/2024).

5. On July 14, 2024, the defendant renewed his motion for release pending appeal. ECF No. 93. In that motion, the defendant requested that the Court release him immediately. The Court denied that request, explaining that, the Court originally varied upward from the guidelines based on the defendant's conduct and even if the Section 1512(c)(2) count was vacated, it is likely to impose a sentence at or near 12 months' imprisonment. Minute Order (07/26/2024). The Court imposed no additional order regarding release.

6. On September 9, 2024, upon joint motion of the parties, the D.C. Circuit vacated the defendant's conviction under 18 U.S.C. § 1512(c)(2) and (2) and remanded the case for further proceedings. *See* Case No. 23-2310, Per Curiam Order (9/9/2024). The Circuit did not render any judgment on release conditions. *Id.*

7. On October 2, 2024, the grand jury returned a superseding indictment, charging the defendant with ten counts including 18 U.S.C. § 231(a)(3) and two counts of 18 U.S.C. §§ 111(a)(1) and (b). At the time of this filing, the defendant has not been arraigned.

8. The government learned that, following this remand order, defense counsel alerted the Bureau of Prisons of the D.C. Circuit's remand order and requested his release. Upon information and belief, opposing counsel did not alert the BOP of the Court's prior denial of release. Without an order for release or any judgment and commitment order, by mistake, BOP then released the defendant from custody on or around September 17, 2024. When the defendant was released from custody, he had served only approximately 9 months of his 33-month sentence. *See* ECF No. 95 (noting self-surrender on December 4, 2023). The government is aware that the defendant earned First-Step Act credits while serving. The government is also aware of the erroneous release of a defendant in at least one other case (*United States v. Leo Kelly*, 21-cr-708 (RCL)) and has been working with

BOP to rectify the issue (and to respond to Judge Lamberth's show cause order).

The government requests a prompt status conference and arraignment to address the defendant's status and release, and to arraign the defendant. The government conferred with counsel for the defendant who is available on October 16-17 via zoom. The government can be made available at the Court's convenience.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

By:       */s/Nialah S. Ferrer*
             NIALAH S. FERRER
             Assistant United States Attorney
             New York Bar No. 5748462
             601 D Street, NW
             Washington, D.C. 20530
             (202) 557-1490
             Nialah.Ferrer@usdoj.gov