From: Courtney Millian
Sent: Monday, September 16, 2024 3:36 PM
To: BOP-CPD-DSC-PolicyCorrespondence-S (BOP)
Cc: Eugene Ohm
Subject: [EXTERNAL] Jacob Clark, 41224-509

Dear all:

My client, Mr. Jacob Clark (Reg. No. 41224-509), had one of his convictions vacated on appeal. The court order is attached, as well as the original judgment entered by the district court before the appeal. As you can see from that judgment, without his Count One conviction for violating 18 U.S.C. 1512(c)(2), Mr. Clark's sentence is only 12 months concurrent. However, his release date does not seem to have been updated yet. My understand is that, counting FSA earned time credit, he has over 12 months of time and so should be released ASAP. Can someone please help me get this information to his unit team. Also, if you all need anything else to recalculate his sentence please let me know.

Thanks,

Courtney

Courtney L. Millian
Assistant Federal Public Defender – Appellate Division
Office of the Federal Public Defender for DC
625 Indiana Avenue, N.W.
Washington, D.C.  20004