UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00538-DLF |
| | : | |
| **JACOB TRAVIS CLARK,** | : | |
| | : | |
| Defendant. | : | |

# JOINT STATUS REPORT[1]

Jacob Clark and the United States, through counsel, responds to the Court's November 7, 2024 minute order.

The parties propose the following schedule for potential expert testimony:

January 28, 2025 – Rule 16 Expert notice due

February 12, 2025 – Rebuttal Expert or Motions relating to Expert testimony due

February 19, 2025 – Replies to Motions due

First week of March – Evidentiary hearing on Motion to Suppress

---

[1] Mr. Clark separately advises the Court that he can appear for trial on April 7, 2024.

Respectfully submitted[2],

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Courtney Millian
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

---

[2] While the defense understands that these dates are generally agreeable to the government, counsel have not received final confirmation and thus submits this document as the Defense's Status Report.  Government counsel had advised the undersigned, early this morning, that she would unexpectedly be out of the jurisdiction today.