# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-538 (DLF) |
| | : | |
| **JACOB TRAVIS CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION TO DISMISS COUNTS FOUR THROUGH SIX, EIGHT, AND TEN OF THE SUPERSEDING INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss Counts Four Through Six, Count Eight, and Count Ten of the Superseding Indictment without prejudice. The defendant's Motion to Dismiss Counts Four through Six, ECF No. 119, should be denied as moot.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    /s/ *Matthew Beckwith*
        MATTHEW BECKWITH
        DC Bar No: 90014452
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20004
        (202) 252-7109
        Matthew.beckwith@usdoj.gov

        NIALAH S. FERRER
        Assistant United States Attorney
        New York Bar No. 5748462
        United States Attorney's Office
        District of Columbia
        601 D Street, NW
        Washington, D.C. 20530
        (202) 557-1490

nialah.ferrer@usdoj.gov